Gary S. Fish, Esq. (GSF 6551)
Attorney for the Plaintiff
30 Vesey Street, 15th Floor
New York, New York 10007
(212) 964-5100

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X CASE NO: 19-cv-3490 (GBD)
TIMOTHY DANIELS,

                PLAINTIFF,                      PLAINTIFF FIRST AMENDED
                                                           COMPLAINT AS OF RIGHT

                                                           PURSUANT TO FEDERAL
                                                           RULES OF CIVIL PROCEDURE
                                                           ("FRCP")
                                                           RULE 15 (1)(B)

    -against-

THE CITY OF NEW YORK; "JOHN DOE" AND       (Plaintiff demands a trial by jury
"RICHARD ROE",                                                         of all issues herein)

               DEFENDANTS.
-------------------------------------------------------------X

      The plaintiff, by and through his attorney Gary S. Fish, Esq., in response to defendant February 14, 2020 FRCP Rule 12(b) motion to dismiss, sets forth the following as his FRCP Rule 15(1)(B) amendment as of right of his April 19, 2019 efiled Complaint, served on defendant The City of New York on or about May 7, 2019.

                                  I. PARTIES AND JURISDICTION

   1. On or about April 23 2016, and at all times relevant herein, the plaintiff, an African-American Male, resided and resides at 230 West 131st Street, #7E, NY, NY 10027.