Gary S. Fish, Esq. (GSF 6551)
Attorney for the Plaintiff
30 Vesey Street, 15th Floor
New York, New York 10007
(212) 964-5100

UNITED STATES DISTRICT COURT
SOUTHERN   DISTRICT OF NEW YORK
-----------------------------------------------------------------X CASE NO:   19-cv-3490 (GBD)
TIMOTHY DANIELS,

                PLAINTIFF,                              PLAINTIFF FIRST AMENDED
                                                              COMPLAINT AS OF RIGHT

                                                              PURSUANT TO FEDERAL
                                                               RULES OF CIVIL PROCEDURE
                                                               ("FRCP")
                                                               RULE 15 (1)(B)

-against-

                                                               (Plaintiff demands a trial by jury
                                                               of all issues   herein)

THE CITY OF NEW YORK; "JOHN DOE" AND
"RICHARD ROE",

                DEFENDANTS.
-----------------------------------------------------------------X

      The plaintiff, by and through   his   attorney Gary S. Fish, Esq.,   in response to defendant February 14, 2020   FRCP Rule 12(b) motion to dismiss, sets forth the following as his FRCP Rule 15(1)(B) amendment as   of right of his April 19, 2019 efiled Complaint, served   on defendant   The City of New   York   on or about May 7, 2019.

                                     I. PARTIES AND JURISDICTION

   1. On or about   April 23 2016,   and at   all times relevant herein, the plaintiff, an African-American Male, resided and resides at 230 West 131st   Street, #7E, NY, NY 10027.