4 For costs;

5. For disbursements; and

6. For any other just relief deemed proper by the Court.

DATED: NEW YORK, NEW YORK
        FEBRUARY 28, 2020

Respectfully submitted,

*Gary S. Fish*

Gary S. Fish, Esq. (GSF 6551); (212) 964-5100
Attorney for the Plaintiff, 30 Vesey Street, 15th Floor, NY, NY 10007

-5-