## DESIGNATION OF AGENT FOR ACCESS TO SEALED RECORDS PURSUANT TO NYCPL 160.50 AND 160.55

I, Timothy Daniels, Date of Birth 10/30/1983 SS# 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 pursuant to CPL §§ 160.50 and 160.55, hereby designate ZACHARY W. CARTER, Corporation Counsel of the City of New York, or his authorized representative, as my agent to whom records of the criminal action terminated in my favor entitled People of the State of New York v. Timothy Daniels, Docket No. or Indictment No. 2016NY026080, in Criminal Court, County of New York, State of New York, relating to my arrest on or about April 23, 2016, may be made available.

I understand that until now the aforesaid records have been sealed pursuant to CPL §§ 160.50 and 160.55, which permits those records to be made available only (1) to persons designated by me, or (2) to certain other parties specifically designated in that statute.

I further understand that the person designated by me above as a person to whom the records may be made available is not bound by the statutory sealing requirements of CPL §§ 160.50 and 160.55.

The records to be made available to the person designated above comprise all records and papers relating to my arrest and prosecution in the criminal action identified herein on file with any court, police agency, prosecutor's office or state or local agency that were ordered to be sealed under the provisions of CPL §§ 160.50 and 160.55.

_____
Timothy Daniels

STATE OF NEW YORK,   )
                     : SS:
COUNTY OF            )

On this 31st day of May, 2019, before me personally came Timothy Daniels, to me known and known to me to be the individual described in and who executed the foregoing instrument, and he acknowledged to me that he executed the same.

_____
NOTARY PUBLIC

LIVIENNE PATRICIA STEWART
Notary Public, State Of New York
No 01ST4910969
Qualified in Kings County
Commission Expires Nov. 9, 2021