AFFIRMATIO NOF SERVICE

I, Gary S. Fish, Esq., (GSF 6551), an attorney duly licensed to practice law before the Courts Of the United States District Court, Southern District of New York, hereby declare under Penalties of perjury as follows:

1. I am the attorney for plaintiff and I am not a party to this action.

2. That on February 28, 2020, I served by way of first class mail postage prepaid in a US Postal depository, addressed to the last known address of attorneys for defendants, Plaintiff First Amended Complaint as of Right, and all exhibits and attachments as follows:

Office of Corporation Counsel James E. Johnson, Esq., City of New York, Attorney for Defendants, 100 Church Street, NY, NY 10007

_____
Gary S. Fish, Esq., (GSF 6551)