**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TIMOTHY DANIELS,

                Plaintiff,

   -against-                                                  19 **CIVIL** 3490 (GBD)

                                                              **<u>JUDGMENT</u>**

CITY OF NEW YORK; JOHN DOE;
RICHARD DOE,

                Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated August 19, 2020, Defendants' motion to dismiss, (ECF No. 29), is granted; Plaintiff's Amended Complaint, (ECF No.34), is dismissed as futile.

**Dated:**  New York, New York
            August 19, 2020

                                                                **RUBY J. KRAJICK**
                                                                  _____
                                                                   **Clerk of Court**
                                               **BY:**
                                                                  _____
                                                                   **Deputy Clerk**